IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARIA ORTIZ DE LIZARDI                                                                    PLAINTIFF

v.                                         Civil No. 4:14-cv-04005

COMMISSIONER, SOCIAL                                                                      DEFENDANT
SECURITY ADMINISTRATION

# ORDER

**BEFORE** the Court is Plaintiff's Motion for Extension to file an appeal brief.  ECF No. 8. Defendant does not object to allowing Plaintiff an extension to file an appeal brief.  Plaintiff's Motion for Extension of Time (ECF No. 8) is **GRANTED**, and Plaintiff's brief shall be filed on or before June 5, 2014.

**IT IS SO ORDERED** this **2nd day of May 2014.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE